AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

DANIEL L. CASHER

V.

MIDLAND CREDIT MANAGEMENT, INC. a subsidiary of ENCORE CAPITAL GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-727-MEF

TO: (Name and address of Defendant)

MIDLAND CREDIT MANAGEMENT, INC.
ATTN: CARL C. GREGORY, III, PRESIDENT & CEO
8875 AERO DRIVE, SUITE 200
SAN DIEGO, CALIFORNIA 92123-2255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CAMERON A. METCALF, ESQUIRE
ESPY, METCALF & ESPY, PC
POST OFFICE DRAWER 6504
DOTHAN, ALABAMA 36302-6504

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                      8/16/07

CLERK                                                                    DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.