| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lewis M. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: AUG 2 1 2007 |
| 1. Article Addressed to:<br>Midland Credit Management, Inc<br>Attn: Carl L. Gregory, III, CEO<br>8875 Aero Dr, Ste 200<br>San Diego, CA 92123-2255 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07 cv 727<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 ... |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case ... Document 5 Filed 08/27/2007 Page 1 of 1