IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL L. CASHER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 1:07cv727-MEF |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., a subsidiary of Encore Capital Group, ) | |
| Inc., ) | |
| ) | |
| DEFENDANT. ) | |

## **ORDER**

This action was filed on August 14, 2007. It appears that Summons and Complaint were issued in August and served on the Defendant on August 21, 2007. Defendant's answer was due on September 10, 2007. There has been no activity whatsoever in this case since the docketing of the Return Receipt Card showing service on Defendant. Plaintiff has taken no step to obtain a default against Defendant. Defendant has not answered or otherwise responded to the Complaint. It is hereby ORDERED that Plaintiff show cause by no later than **December 14, 2007**, why this case should not be dismissed for want of prosecution.

DONE this the 21st day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE