## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DANIEL L. CASHER, | )     **CASE NUMBER:** |
| | )     **1:07-CV727-MEF** |
|     PLAINTIFF, | ) |
| | ) |
| VS. | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., a | ) |
| subsidiary of ENCORE CAPITAL GROUP, | ) |
| INC., | ) |
| | ) |
|     DEFENDANT. | ) |

### NOTICE OF DISMISSAL

COMES NOW the Plaintiff, by and through his undersigned attorney, and files

this notice of dismissal of the lawsuit with prejudice as to Midland Credit Management,

Inc., a subsidiary of Encore Capital Group, Inc., based upon the following:

1.  The parties have reached an agreement resolving the issues.

2.  The undersigned attorney avers the attorney for the Defendant consents

    to said dismissal.

Stated this ⎰⎰th day of January, 2008.

_____
Cameron A. Metcalf
Attorney for Plaintiff

Of Counsel:
Espy, Metcalf & Espy, P.C.
Post Office Drawer 6504
Dothan, AL 36302-6504
(334) 793-6288
(334) 712-1617 Fax
cam@emppc.com

## Certificate of Service

I, Cameron A. Metcalf, do hereby certify I have this date served a copy of the above and foregoing Notice upon London Meservy, Esquire, 8875 Aero Drive, Suite 200, San Diego, California 92123, by placing a copy of same in the U.S. Mail, postage prepaid, and/or by electronic mail on this 16th day of January, 2008.

Cameron A. Metcalf