IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL L. CASHER, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 1:07-cv-727-MEF |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
|    Defendant. | ) |

# **FINAL JUDGMENT**

Pursuant to the plaintiff's Notice of Dismissal (Doc. #5) filed on January 17, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 22nd day of January, 2008.

                                                  /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE